IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In Re: | * | |
| | * | |
| **Wayne and Victoria Lawson** | * | Chapter 13 |
| | * | Case No.: 23-10868 |
| | * | |

* * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of November 2026, a copy of the foregoing Amended Schedule A/B/C and Amended Schedules Declaration was mailed via:

Via ECF
Rebecca Herr, Ch. 13 Trustee

Respectfully submitted,

/s/ David L. Ruben
David L. Ruben, Esquire (#10477)
Law Offices of David L. Ruben
7310 Ritchie Hwy, Ste 704
Glen Burnie, MD 21061
410-766-4044
sue@rubenlaw.com
Attorney for Debtor